Devon Wilmington
P.O. Box 19547
Sugarland, Texas 77496-9547

September 14, 2015

Court of Appeals
First District of Texas
301 Fannin Street
Houston, Texas 77002-2066

**Court of Appeals Number:** 01-15-00663-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 14 2015

CHRISTOPHER A. PRINE
CLERK _____

This letter is to inform you that I have a new mailing address. Please update your records to replace my previous address:

*Devon Wilmington*
*12951 Iris Garden Lane*
*Houston, Texas 77044*

with the following new address:

Devon Wilmington
P.O. Box 19547
Sugarland, Texas 77496-9547

Thank you for your prompt attention to this matter.

Sincerely,

Devon Wilmington